## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION
## AT COVINGTON

| | |
|---|---|
| JOSHUA GREEAR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.<br><br>　　　　Defendants. | Case No. 2:15-cv-00083-DLB-JGW<br><br>Judge David L. Bunning<br><br>Magistrate Judge J. Gregory Wehrman<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>*FILED ELECTRONICALLY* |

\* \* \* \* \* \* \* \* \*

Counsel for Plaintiff Joshua Greear and Defendant Navient Solutions, Inc. hereby jointly notify this Court that the parties have settled the matter as between themselves and are in the process of finalizing the settlement and filing a stipulated dismissal.  In light of this settlement, the parties request that the July 20, 2015, deadline for Navient Solutions, Inc. to file an answer or otherwise plead in response to Plaintiff's Complaint be held in abeyance to provide the parties with time to execute the settlement documents and file a stipulation of dismissal.

**Respectfully submitted:**

| | |
|---|---|
| **LAWSON AT LAW, PLLC** | **FROST BROWN TODD LLC** |
| */s/ James H. Lawson* <br> w/ permission on 6/16/2015 <br> James H. Lawson <br> 115 S. Sherrin Avenue, Suite #4 <br> Louisville, Kentucky 40207 <br> (502) 473-6525 (telephone) <br> (502) 473-6561 (fax) <br> james@kyconsumerlaw.com | */s/ Michael E. Nitardy* <br> Michael E. Nitardy <br> 7310 Turfway Road, Suite 210 <br> Florence, Kentucky 41042 <br> (859) 817-5900 (telephone) <br> (859) 283-5902 (fax) <br> mnitardy@fbtlaw.com |
| *Counsel for Joshua Greear* | *Counsel for Navient Solutions, Inc.* |

## CERTIFICATE OF SERVICE

This is to certify that I electronically filed the foregoing on this 20th day of July, 2015 using the CM/ECF system which will automatically send notification of such filing to all counsel of record in this case.

/s/ Michael E. Nitardy
*Counsel for Navient Solutions, Inc.*

0129125.0627777   4852-7343-7478v1