Eastern District of Kentucky
**F I L E D**

OCT 2 0 2015

AT COVINGTON
ROBERT R. CARR
CLERK U S DISTRICT COURT

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY (COVINGTON)

| | |
|---|---|
| JOSHUA GREEAR,<br>Plaintiff, | CASE NO. 2:15-cv-00083-DLB-JGW<br>**ELECTRONICALLY FILED** |
| vs. | Judge David L. Bunning<br>Magistrate Judge J. Gregory Wehrman |
| EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; NAVIENT SOLUTIONS, INC.; and PRIMARY FINANCIAL SERVICES, LLC;<br>Defendants. | |

## PROPOSED ORDER OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT TRANS UNION, LLC ONLY

Plaintiff Joshua Greear, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Joshua Greear against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Joshua Greear and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

20 Oct. 15.



Signed By:
David L. Bunning
United States District Judge

DISTRIBUTION TO:

| James H. Lawson, Esq. james@kyconsumerlaw.com | John M. Williams, Esq. Williams@rwktlaw.com |
|---|---|
| Margaret Jane Brannon, Esq. mjbrannon@jacksonkelly.com | Matthew Samberg, Esq. msamberg@jonesday.com |
| Terri R. Brown, Esq. tbrown@schuckitlaw.com | William R. Brown, Esq. wbrown@schuckitlaw.com |