# UNITED STATES DISTRICT COURT
for the
**Eastern District of Kentucky**
**Covington Division**

| | |
|---|---|
| Joshua Greear | ) |
|    *Plaintiff* | ) |
| | ) |
| v. | )    Case No.    2:15-cv-00083-DLB |
| | ) |
| Equifax Information Services, LLC *et al.* | ) |
|    *Defendants* | ) |
| | ) |

## Notice of Settlement

Please take notice that Plaintiff has reached a settlement with Defendant Experian Information Solutions, Inc. Once the settlement is final, the parties will file a joint dismissal with prejudice. Once finalized, this settlement resolves Plaintiff's claims in this case.

Respectfully Submitted,

/s/ James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel: (502) 473-6525
Fax: (502) 473-6561
james@kyconsumerlaw.com